IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 8 - 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. '10 - CV - 01319 PAB

MARY SEVERANCE,

    Plaintiff,

v.

MEREDITH WILLIAMS, Executive Director for Public Employees Retirement
    Association in his individual and official capacity,
PUBLIC EMPLOYEES RETIREMENT ASSOCIATION,
JOHN SUTHERS, in his individual and official capacity,
GREGORY SMITH, Attorney in his individual and official capacity,
JENNIFER KABAT, Attorney in her individual and official capacity,
INTERNAL REVENUE SERVICE,
TIMOTHY GEITHNER, U.S. Treasurer in his individual and official capacity,
DOUGLAS SHULMAN, Commissioner of the Internal Revenue Service in his individual
    and official capacity,
SUSAN MEREDITH, in her individual and official capacity,
R. RAY JOHNSON, in his individual and official capacity, and
FRANK SLAUGHTER, in his individual and official capacity,

    Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff Mary Severance has submitted to the Court *pro se* a "Verified Complaint for Deprivation of Rights Under Color of Law," a "Verified Complaint for a Temporary Restraining Order for Injunctive Relief," and a "Verified Motion for Waiver of Filing Fees." The clerk of the Court will be directed to commence a civil action. For the reasons stated below, the action will be dismissed.

Ms. Severance has been prohibited from filing any complaint or cause of action in the United States District Court for the District of Colorado without written leave of

Court unless she is represented by counsel. **See Severance v. Langfield**, No. 97-cv-00752-ZLW (D. Colo. Aug. 18, 1997); **aff'd**, No. 97-1278, 1997 WL 767756 (10th Cir. Dec. 11, 1997) (per curiam). Ms. Severance is not represented by counsel and she has neither sought nor obtained written leave of Court to file a *pro se* action. Therefore, the complaint will be dismissed because Ms. Severance has failed to comply with the sanction order. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff has failed to comply with the sanction order in 97-cv-00752-ZLW. It is

FURTHER ORDERED that the "Verified Complaint for a Temporary Restraining Order for Injunctive Relief" and the "Verified Motion for Waiver of Filing Fees" are denied as moot.

DATED at Denver, Colorado, this 7th day of June, 2010.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 01319

Mary Severance
3 Villa Place
Pueblo, CO 81001

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __6/8/10__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk