"Original Court"

July 13, 2010

Mary Severance
3 Villa Place
Pueblo, Colorado [81001]

10-cv-01319 ZLW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2010

GREGORY C. LANGHAM
CLERK

Judge Daniel; Y. Daniel
901 19th Street, A-1038
Denver, Colorado 80294-3589

Re:     Superintending Discipline Regarding Judge PHILLIP A. BRIMMER

**Dear Judge Daniel:**

Thomas Jefferson said and worried that *"the Courts would overstep their authority and instead of Interpreting the law would begin making law an oligarchy the rule of few over many."* Thomas Jefferson's worry has become a reality in 10-cv-01319 under your watch as a **superintending authority.**

I am, under necessity, writing this letter regarding an *invidious* denial of due process of **law and the most *outrageous disdain* Judge PHILLIP A BRIMMER has for his oath of office by** his open failure to refuse to be bound to the intent of the United States Constitution of 1789 to **faithfully perform the duties of his office to secure My self-evident unalienable Rights as per the** Declaration of Independence. Judge Daniel, you know or should know that "…[S]ociety's **commitment to institutional justice requires that judges be solicitous of rights of persons [people]** who come before the court". *Geiler v Commission on Judicial Qualifications*, 10 Cal. 3d 270, **286 (1973).**

On June 1, 2010, I filed a case in "good faith" into this court which was assigned to Judge **PHILLIP A. BRIMMER. I am being deprived of My absolute ownership of private property** which has resulted in part to a Title 18, Section 241 and 242 Deprivation of My Rights Under **Color of Law and Conspiracy Against Rights. My advisement of Reservation of Rights UCC 1-** 308 was filed into this case, see attached.    James Madison was very concerned about property

---

Letter to Judge Daniel;                                                                                                      Page 1

and said "**PROPERTY MUST BE SECURED OR LIBERTY CANNOT EXIST. Government is instituted to protect property of every sort ... This being the end of government, That alone is not a *just* government, ... nor is property secure under it, where the property which a man has his personal safety and personal liberty is violated by arbitrary seizures of one class of citizens for the service of the rest.**"

In My opinion, it appears that after Judge BRIMMER read the filed case, he decided it was "too hot to handle". He proceeded to hold Me to an unlawful sanction which is aliening My unalienable Right to access the court for redress of grievance and freedom of speech. As a result of this unlawful sanction, Judge BRIMMER attacked Me. In one action Judge PHILLIP A. BRIMMER ordered your clerk of court, GREGORY C. LANGHAM to *fabricate* a case, Severance v Langfield, No. 97-cv-752 (D. Colo. August 18, 1997); and, then Judge BRIMMER summarily dismissed it on June 8, 2010, an *invidious* denial of due process of law. If this case was a real filed case, your clerk could not only act as an attorney for the non-appearing Respondents since all are corporate entities. The court held in *Standard v Olsen*, 74 S. Cr. 768; Title 5 U.S.D., Sec. 556 and 558(b) "...No sanctions can be imposed absent proof of jurisdiction". When Judge BRIMMER created a falsified case, he lost all subject matter jurisdictions. Judge BRIMMER has apparently failed to remember that "...[I]n, "Our whole system of law is predicated on the general fundamental principle of equality of application of the law. 'All men are equal before the law,' "This is a government of laws and not of men," 'No man is above the law,' are all maxims showing the spirit in which legislatures, executives, and courts are expected to make, execute and apply laws." See *Truax v. Corrigan*, 257 U.S. 312, 332. In *Butz v. Economou*, 98 S. Ct. 2894 (1978); *United States v. Lee*, 106 U.S. at 220, 1 S. Ct. at 261 (1882), "No man [or woman] in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it." In *Downs v. Bidwell*, 182 U.S. 244 (1901), "It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgments in our constitutional jurisprudence. **No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution.**" In *Gomillion v. Lightfoot*, 364 U.S. 155 (1966), cited also in *Smith v. Allwright*, 17 321 U.S. 649, 644,"**Constitutional 'rights'**

would be of little value if they could be indirectly denied." And in *Norton v. Shelby County,* 118 U.S. 425 p.442,"**An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no** office; it is in legal contemplation, as inoperative **as though it had never been passed**." And lastly, in *Miranda v. Arizona,* 384 U.S. 426, 491; 86 S. Ct. 1603,"**Where rights secured by the Constitution are involved, there can be NO 'rule making' or legislation which would abrogate them**." ( emphasis added)

I responded with a MOTION FOR LEAVE TO ACCESS THE COURT BY AFFIDAVIT filed into this court on June 17, 2010. My "good faith" action resulted in another ORDER dated June 20, 2010, absent Judge BRIMMER's wet ink signature mandated by an Article 3 judge. I **responded with a VERIFIED DEMAND TO VACATE THE VOID, NON-CONSTITUTIONAL VOID ORDERS and CLERK SIGNED JUDGMENT BY THE COURT BY AFFIDAVIT**. It was filed into the court on July 6, 2010, and DENIED again with another *UNSIGNED* MINUTE ORDER by ZITA L WEINSHIENK. I responded to this bogus MINUTE ORDER with a **VERIFIED DEMAND OF REFUSAL TO ACCEPT THE NON-CONSTITUTIONAL,** Unknown to Me, until July 8, 2010, Judge BRIMMER closed the case.

**Judge Daniel, please explain to Me by what rule Judge BRIMMER has delegated** authority to create a fabricated case, by ordering your clerk to create a case, summarily deny it **by him, and still meet the mandate of due process of law as per Judge BRIMMER's oath of** office? Alexander Hamilton in the Federalist 78 eloquently said "... *[T]here is no position which depends on clearer principle than that every act of a delegated authority, contrary to the tenor of the commission under which it is exercised is void. No legislative act, therefore, contrary to the Constitution, can be valid. To deny this would be to affirm that the deputy is greater than his principal; that the servant is above the master; that the representatives of the people are superior to the people.*"

My private property is being stolen, another denial of due process of law. I am *injured* and continue to be *injured*. You know as well as do I that unalienable Rights have a <u>bright line</u> history of being *unalienable.*

Judge Daniel, you know as well as I that an un-rebutted affidavit stands as truth in commerce. With this being a fact, I would appreciate you instructing Judge BRIMMER to file this case because a MINUTE ORDER is not a rebuttal affidavit. Does Judge BRIMMER have discretion to openly defy due process of law because he apparently doesn't like a case, or the private, common woman who filed the case, or chooses to conspire with the Respondents to protect them from being held accountable? Is this not an open admittance to bias and prejudice and a violation of Judge BRIMMER's duty to uphold Canons one, two and three in addition to his oath of office?

In conclusion, please correct this obstruction of justice. I am a senior Citizen and I need My pension. If My complaint is in error, please allow due process of law to reveal the truth.

I would appreciate swift action regarding an investigation into this complaint and even faster resolve to this blatant denial of due process of law. Please do not let Thomas Jefferson's concern (worry) become a reality under your watch by allowing his belief that *"the Courts would overstep their authority and instead of Interpreting the law would begin making law an oligarchy the rule of few over many."*

"There is no religion (or Law) higher than Truth"
"Truth Alone Triumphs"

Submitted,

*Mary Severance, sui Juris*
Mary Severance, sui Juris
(719) 543-6295

# Advisement of Reservation of Rights UCC 1-308/1-207

**PUBLIC –**
**THIS IS A PUBLIC COMMUNICATION TO ALL**

Notice to agents is notice to principals
Notice to principal(s) is Notice to Agents
Applications to all successors and assigns
All are without excuse

Mary Severance, sui Juris
All Rights reserved "without prejudice"
   UCC 1-308
3 Villa Place
Pueblo, Colorado [81001]
Phone:  719 543-6295
Colorado the republic of 1876

Let it be known to all that I, Mary Severance explicitly reserves all of my unalienable Rights. See UCC 1-308 which was formally UCC 1-207.

**UCC 1-308 : Performance or Acceptance Under Reservation of Rights: A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.**

## AFFIDAVIT

Affiant, Mary Severance, sui Juris, a natural Citizen in Colorado state of 1876 in its capacity as a republic, and as one of the several states of the union formed by the **Constitution for the United States of 1789**, a common, private woman, one of the Sovereign People in Colorado of 1876, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

This Affidavit is dated 12/14, 2010.
Signed _Mary Severance_ sui Juris,

NOTARY PUBLIC

STATE of COLORADO

PUEBLO COUNTY _____

Subscribed and sworn to before me, a Notary Public, the above signed Mary Severance,

This ___7th___ day of __December__, 2010

_____
Notary Public

MY COMMISSION EXPIRES: 3/16/13

*[Notary seal: JENNIFER K MUSSO, NOTARY PUBLIC, STATE OF COLORADO]*