
United States district court in the Tenth Judicial District in Colorado[1]

**Complainant**

Mary Severance, **sui Juris, Aggrieved and Attacked Woman,**
Reserving all Rights **"without prejudice"** UCC 1-308>1-207

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 5 2010

GREGORY C. LANGHAM
CLERK

v.                                                            Case No: 10-cv-01319 ZLW

**ALL NON- APPEARING RESPONDENTS:**
By GREGORY LANGHAM, CLERK, non-attorney

RESPONDANTS are legal fictions, created persons per the Unanimous Declaration of Independence and subordinate Constitution for the United States of America of 1789 and the Constituition for Colorado of 1876, compacts/contracts.

NOTICE OF SERVICE TO LETTER TO JUDGE DANIEL

This notice is sent to the clerk of court acknowledging that the Service page was left off by mistake. Please add this NOTICE OF SERVICE TO LETTER TO JUDGE DANIEL to the court filing with the attached Service page.

Submitted,
Explicitly Reserving all Rights UCC 1-308>1-207

*Mary Severance, sui Juris*
Mary Severance, sui Juris and private woman

---

[1] See the Judiciary Act of 1789, section 7.

Service page to Letter to Judge Daniels

## Service

I hereby certify that on July 14, 2010 a true and correct copy of the **Superintending Discipline Regarding Judge PHILLIP A. BRIMMER** was placed into individually addressed envelopes that were mailed to the clerk of court by first class, prepaid postage, from the USPS in Pueblo, Colorado to the following created persons:

Judge Wiley Y. Daniel
Judge Phillip A. Brimmer
Judge Zita L. Weinshienk
Gregory C. Langham, clerk of court

Server     Date